Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-195TSZ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| ZACHARY SMULSKI, | |
| Defendant. | |

The Court, having considered the Government's unopposed motion to dismiss, hereby DISMISSES this case without prejudice.

DATED this 6th day of October, 2015.

*[signature]*

Thomas S. Zilly
United States District Judge

Presented By:

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

ORDER OF DISMISSAL– 1
U.S. v. SMULSKI/CR15-195TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970